## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| BRYCE DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-00038-SNLJ |
| | ) | |
| MARK DOBBS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Bryce Davis's "Motion to Amend Complaint." (Docket No. 7). The motion will be denied as moot, as the Court has already ordered plaintiff to submit an amended complaint on a Court-provided form. Specifically, on June 28, 2022, the Court reviewed plaintiff's initial complaint pursuant to 28 U.S.C. § 1915. (Docket No. 6). Following that review, the Court determined that plaintiff's complaint was deficient and subject to dismissal. Plaintiff was ordered to file an amended complaint, and given instructions on how to do so. The Court directed plaintiff to respond within thirty days, which he has not yet done.

Based on its earlier order, the Court will direct the Clerk of Court to send to plaintiff a copy of the Court's order to amend. The Court will also direct the Clerk of Court to send to plaintiff a copy of the Court's prisoner civil rights complaint form. Plaintiff is directed to file an amended complaint on the Court form according to the instructions contained in the Court's prior order. He will be given twenty-one days from the date of this order in which to comply. Failure to comply will result in the dismissal of this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must pay an initial partial filing fee of $13.72 within **twenty-one (21) days** of the date of this order, as previously directed. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) the statement that the remittance is for an original proceeding.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's June 28, 2022 order to amend (Docket No. 6).

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's prisoner civil rights complaint form.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form within **twenty-one (21) days** of the date of this order, in accordance with the instructions set forth in the Court's order of June 28, 2022.

**IT IS FURTHER ORDERED** that if plaintiff fails to file an amended complaint on the Court-provided form within **twenty-one (21) days** of the date of this order, in accordance with the instructions set forth in the Court's order of June 28, 2022, the Court will dismiss this action without prejudice and without further notice.

**IT IS FURTHER ORDERED** that upon the filing of plaintiff's amended complaint, the Court will review it pursuant to 28 U.S.C. § 1915.

Dated this 25th day of July, 2022.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE